UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MALLGREN,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>JOHN DOE PRO SE COURT CLERKS,<br><br>　　　　　　　　　Defendant. | 25 CIVIL 2253 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　March 20, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge